JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINX INTERNATIONAL, INC. d/b/a DAMASK FABRICS, a California Corporation;<br><br>Plaintiff(s),<br><br>vs.<br><br>BODYROX, INC., a California Corporation, BEHNIA SAHRANAVARD, an Individual; CITI TRENDS, INC., a Delaware Corporation; JAVIER BENITEZ, an individual d/b/a J.B. TEXTILES; and<br><br>DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-5310 PA (RAOx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [37]**<br><br>**Honorable Percy Anderson**<br>**United States District Judge** |

The parties having so stipulated and agreed, it is hereby SO ORDERED the case be dismissed with prejudice without an award of costs or fees to any party.

Dated: April 19, 2017

_____
Honorable Percy Anderson
United States District Court Judge

- 1 -
ORDER